UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA AGUILAR,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF CERES and JASON COLEY,<br><br>Defendants. | No. 1:20-cv-01667-DAD-HBK<br><br>JOINT STIPULATION FOR DISMISSAL UNDER FED. R. CIV. P. 41 (a)(1)(A)(ii)<br><br>(Doc. No. 9) |

On June 16, 2021, the parties filed a Joint Stipulation for Dismissal. (Doc. No. 9). The Stipulation, filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), states the dismissal is *with prejudice* and that "[e]ach party shall bear its own attorneys' fees and costs." (*Id.*). Plaintiff filed a Notice of Clarification confirming that the stipulated dismissal encompasses all parties and claims. (Doc. No. 11).

Accordingly:

1. Pursuant to the Joint Stipulation for Dismissal (Doc. No. 9), this action is dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii).
2. The Clerk of Court is respectfully directed to terminate all pending motions, deadlines, and future scheduled hearings to the extent appropriate and close this case.

///

1

1  IT IS SO ORDERED.

3  Dated: __June 22, 2021__  

                                           _____
                                           HELENA M. BARCH-KUCHTA
                                           UNITED STATES MAGISTRATE JUDGE